BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV, SUITE 600
800 EAST PARK BOULEVARD
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-9433

**U.S. COURTS**

**OCT 12 2017**

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY HERNDON,<br><br>Defendant. | Case No. CR-17-0277-S-EJL<br><br>**INDICTMENT**<br><br>18 U.S.C. § 1343 |

The Grand Jury charges:

### GENERAL ALLEGATIONS

1. Mountain West IRA is a self-directed IRS and 401(k) administration company that offers self-directed retirement plans to clients nationwide.

2. Mountain West IRA has an office in Boise, Idaho, in the District of Idaho.

3. In October 2016, Mountain West IRA hired the defendant, KIMBERLY HERNDON, as Operations Manager.

**INDICTMENT - 1**

4. In her position, HERNDON had access to Mountain West IRA's trust account, which held client funds.

5. HERNDON could access and disburse funds in Mountain West IRA's trust account by submitting requests to her supervisor.

## COUNTS ONE THROUGH SIX

### Wire Fraud
### 18 U.S.C. § 1343

6. On or about an unknown date, and continuing until at least on or about May 15, 2017, in the District of Idaho, the Defendant, KIMBERLY HERNDON, knowingly devised and intended to devise a scheme to defraud as to material matters her employer, Mountain West IRA, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire communication in interstate commerce any writings, signs, signals and sounds, as described below:

### THE WIRE FRAUD SCHEME

7. The essence of HERNDON's wire fraud scheme was to steal monies from Mountain West IRA's trust account and to use the funds to pay personal expenses and to enrich herself, family members, and associates.

8. Beginning on or about an unknown date, and continuing through at least on or about May 15, 2017, HERNDON submitted false and fraudulent requests and invoices to her supervisor representing that Mountain West IRA clients had requested disbursements from their accounts or had been billed on their accounts. The clients' funds were held in the Mountain West IRA trust account.

**INDICTMENT - 2**

9. When HERNDON's supervisor approved the false and fraudulent disbursement requests, HERNDON would initiate an electronic wire transfer of funds for her own benefit rather than to the client who she had represented had made the disbursement request.

10. HERNDON also issued and mailed unauthorized checks from the Mountain West IRA trust account, which were cashed. For example, on or about March 7, 2017, HERNDON sent a $28,000.00 unauthorized check, drawn on the Mountain West IRA trust account, to Alic Motors in Boise, Idaho, to purchase a Mercedes automobile.

11. HERNDON fraudulently obtained, spent, and disbursed approximately $280,000.00 through her scheme.

## THE INTERSTATE WIRE COMMUNICATIONS

12. On or about the following dates, in the District of Idaho, HERNDON, having knowingly devised and intended to devise a scheme and artifice to defraud as to material matters, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, did knowingly transmit and cause to be transmitted by means of wire communication in interstate commerce any writings, signs, signals, and sounds for the purpose of executing such scheme and artifice to defraud, as described below, each transmission constituting a separate count:

| COUNT | DATE | SENDING ACCOUNT | RECEIVING ACCOUNT | AMOUNT |
|---|---|---|---|---|
| 1 | February 7, 2017 | Mountain West IRA Trust Account | Fort Sill National Bank ending in 0622 | $2,872.00 |
| 2 | March 20, 2017 | Mountain West IRA Trust Account | JP Morgan Chase ending in 5688 | $4,100.00 |

**INDICTMENT - 3**

| 3 | March 24, 2017 | Mountain West IRA Trust Account | Fort Sill National Bank ending in 0622 | $2,750.00 |
| 4 | April 14, 2017 | Mountain West IRA Trust Account | Metabank ending in 5343 | $2,225.00 |
| 5 | May 4, 2017 | Mountain West IRA Trust Account | JP Morgan Chase ending in 5688 | $2,100.00 |
| 6 | May 12, 2017 | Mountain West IRA Trust Account | Metabank ending in 5343 | $4,416.00 |

In violation of Title 18, United States Code, Section 1343.

## CRIMINAL FORFEITURE ALLEGATION

### Wire Fraud Forfeiture
### 18 U.S.C § 981(a)(1)(C) and 28 U.S.C. § 2461(c)

Upon conviction of the violations of Title 18, United States Code, Section 1343, Defendant, KIMBERLY HERNDON, shall forfeit to the United States, pursuant to 18 U.S.C § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property and property interests described below:

A.   <u>Unrecovered Cash Proceeds:</u>  At least $280,000.00, in that such sum represents unrecovered proceeds of the offense of conviction obtained by the defendant, or property derived from or traceable to such proceeds, but based upon actions of the defendant, the property was transferred, diminished, commingled, or is otherwise unavailable.

B.   <u>Substitute Assets:</u>  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    1.   Cannot be located upon the exercise of due diligence;

    2.   Has been transferred or sold to, or deposited with, a third party;

    3.   Has been placed beyond the jurisdiction of the court;

**INDICTMENT - 4**

  4.  Has been substantially diminished in value; or

  5.  Has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said Defendant up to the value of the forfeitable property described above.

Dated this 11th day of October, 2017.

            A TRUE BILL

            /s/ *[signature on reverse]*
            _____
            Foreperson

BART M. DAVIS
United States Attorney
By:

_____
Joshua D. Hurwit
Assistant United States Attorney

**INDICTMENT - 5**